UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-20284-CIV-MORENO

GWENDOLYN BOYD,

    Plaintiff,

vs.

CITY OF NORTH MIAMI,

    Defendant.
_____/

**ORDER SETTING HEARING**

THIS CAUSE came before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that a hearing shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Tuesday, November 25, 2008 at 3:00PM**. Counsel shall be prepared to address the terms of the settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of November, 2008.

                                                                                   _____
                                                                                   FEDERICO A. MORENO
                                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record