**United States District Court - Southern District of Florida - Miami Division**

Judge Federico A. Moreno 99 N.E. 4th Street Courtroom 4 10th floor

  

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **25 Nov 2008** 3:00 PM | 4:00 PM | Hearing | 08-20284-CIV-MORENO<br>GWENDOLYN BOYD<br>    Martin Eric Leach, Esq.<br>    Michael Benjamin Feiler, Esq.<br>vs.<br>CITY OF NORTH MIAMI<br>    Norman S. Segall, Esq.<br>    Guilene F. Theodore, Esq.<br>(Hearing-Settlement Agreement) |

*22 minutes*